[No. 23362-2-II.   Division Two.   August 30, 2002.]

RAY JOHNSON, ET AL., *Appellants*, v. EXPRESS RENT & OWN, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-06682-1, John A. McCarthy, J., entered May 22, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Armstrong, J., concurred in by Morgan and Houghton, JJ. Now published at 113 Wn. App. 858.

[No. 19906-1-III.   Division Three.   August 8, 2002.]

DONALD P. CARY, *Respondent*, v. DAN G. VERHAAG, SR., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-2-01122-3, Richard J. Schroeder, J., entered December 29, 2000. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 20445-6-III.   Division Three.   August 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY JOHN RICKS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 01-8-00396-6, Evan E. Sperline, J., entered August 6, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.